Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

In Re: Anthony M. Labetti
Debtor

Case No.: 24–11282–JNP
Chapter 11

CACL Federal Credit Union
Plaintiff

v.

Anthony M. Labetti
Defendant

Adv. Proc. No. 24–01425–JNP                    Judge: Jerrold N. Poslusny Jr.

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

    Please be advised that on November 18, 2024, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 19 – 14
ORDER APPROVING SETTLEMENT AGREEMENT BETWEEN ANTHONY M. LABETTI AND CACL FEDERAL CREDIT UNION (related document:14 Motion to Approve Compromise or Settlement under Rule 9019 Filed by Anthony M. Labetti.Hearing scheduled for 11/12/2024 at 11:00 AM at JNP – Courtroom 4C, Camden. filed by Counter–Claimant Anthony M. Labetti, Defendant Anthony M. Labetti).. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/13/2024 (kvr)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: November 18, 2024
JAN: kvr

                                                                 Jeanne Naughton
                                                                  Clerk